99 A.3d 527

**Robert SCHANNE**

v.

**Jenna ADDIS.**

**Petition of United States Court of Appeals for the Third Circuit.**

**No. 114 MM 2014.**

Supreme Court of Pennsylvania.

Sept. 2, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of September, 2014, the Petition for Certification of Question of Law submitted by the United

States Court of Appeals for the Third Circuit is **GRANTED.** This Court shall consider the following issue:

Does the absolute judicial privilege apply to an allegation of sexual misconduct against a teacher by a former student, which allegation was made prior to the commencement of any quasi-judicial proceeding and without an intent that the allegation lead to a quasi-judicial proceeding?

The parties shall submit updated briefs in accordance with a briefing schedule established by the Prothonotary. The matter shall be listed for oral argument.